

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Approximately 3.1 Grams of Cocaine and $666.00 in U.S. Currency,

\* From the 350th District Court of Taylor County, Trial Court No. 9880-D.

Vs. No. 11-14-00163-CV

\* August 29, 2014

The State of Texas

\* Per Curiam Memorandum Opinion (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Rashad Lee Bennett.